IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DA VANG,

    Plaintiff,

v.

MICHAEL W. HOOVER,
Judge for the Wisconsin Court of Appeals,
District 3, in his individual and official
capacities,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-150-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_Peter Oppeneer_      7/25/2011

Peter Oppeneer, Clerk of Court      Date